**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRENDA LEIGH HOOPER,

    Plaintiff,

vs.                              CASE NO. 3:05-cv-558-J-32HTS

CSX INTERMODAL TERMINALS,
INC., ALL COAST INTERMODAL
SERVICES, INC., and DON
NETTLES, an individual,

    Defendants.

---

**O R D E R**

This cause is before the Court on the Motion to Extend Discovery Deadline (Doc. #44; Motion), filed on October 17, 2007. CSX Intermodal Terminals, Inc's Response in Opposition to Plaintiff's Motion to Extend Discovery Deadline (Doc. #49) was filed on October 22, 2007.

In the Motion, Plaintiff "request[s] an extension o[f the] discovery deadline," which was October 12, 2007, Case Management and Scheduling Order (Doc. #31), entered on May 8, 2007, at 1, "due to relevant substantial evidence [that] was not properly requested."  However, Plaintiff has failed to make the necessary showing of excusable neglect as required in situations where, as here, the motion is "made after the expiration of the specified

period[.]"  Rule 6(b)(2), Federal Rules of Civil Procedure. Accordingly, the Motion (Doc. #44) is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 24th day of October, 2007.

                                              /s/      Howard T. Snyder
                                          HOWARD T. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any